THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEAN D. OQUENDO,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　　　Defendant. | CASE NO. C20-6253-JCC<br><br>ORDER |

This matter comes before the Court on United States Magistrate Judge Mary Theiler's Report and Recommendation ("R&R") (Dkt. No. 3). Petitioner seeks relief under 28 U.S.C. § 2254 from a 2018 Clark County Superior Court judgment and sentence. (Dkt. No. 1 at 1.) Judge Theiler recommends that the Court dismiss Petitioner's *habeas* petition as time barred. (Dkt. No. 3 at 4–5.) Petitioner has not objected to Judge Theiler's R&R, and the Court finds her analysis persuasive. The Court therefore ORDERS as follows:

1. The R&R (Dkt. No. 3) is ADOPTED;
2. This action is DISMISSED with prejudice; and
3. A certificate of appealability is DENIED.
4. The Clerk is DIRECTED to send copies of this order to Petitioner and to Judge Theiler.

//

ORDER
C20-6253-JCC
PAGE - 1

1 | DATED this 1st day of March 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE